IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

JOHN DANIELS,                    )
                                 )
             Plaintiff,          )
                                 )
      v.                         )      No.  13 C 7882
                                 )
MENARD, INC.                     )
                                 )
             Defendant.          )

                       MEMORANDUM ORDER

     Because of the all-too-frequent noncompliance by counsel

with the directive of this District Court's LR 5.2(f) that

requires the delivery of a paper copy of new case filings for the

assigned judge's use within one business day after filing, this

Court initially amended its website to emphasize that

requirement.  When that step failed its purpose (a failure that

is entirely understandable, because practitioners who consult

judicial websites are also the lawyers most likely to be aware of

and to comply with court rules), this Court was driven to the

next step:  It adopted a practice of issuing a standard form of

memorandum order that specifically called on counsel to comply

with LR 5.2(f) and to accompany the required delivery with a $100

check payable to the "Clerk of the District Court."

     For that purpose this Court has worked from periodic

printouts of the "Civil Cases Report" issued by the Clerk's

Office reflecting cases most recently assigned at random to this

Court's calendar, with the short form of memorandum order being

issued only in those cases in which no judge's copy of the initial pleading had been delivered to this Court's chambers. And because that Civil Cases Report simply lists the case filings without indicating that a case may have been brought to this District Court via removal rather than as an original filing, the standard form of memorandum order mistakenly called on the plaintiff's counsel rather than defense counsel to comply. Accordingly defendant's counsel is ordered:

1.  to deliver a copy of the initial pleading in this case to this Court's chambers forthwith; and

2.  to accompany that delivery with a check for $100 payable to "Clerk, U.S. District Court" by reason of counsel's rule violation.

_____
Milton I. Shadur
Senior United States District Judge

Date:  November 22, 2013